State v. Walker.

STATE OF NEBRASKA V. DANIEL G. WALKER.

FILED DECEMBER 6, 1905. No. 14,328.

Directing Verdict. For reasons stated in the opinion, an instruction of the trial judge directing a verdict of not guilty in this action is adjudged erroneous.

ERROR to the district court for Platte county: JAMES G. REEDER, JUDGE. *Instruction held erroneous.*

15

*Norris Brown, Attorney General, William T. Thompson,
L. R. Latham, Halleck F. Rose* and *H. C. Vail,* for plaintiff·
in error.

*M. F. Harrington, H. Halderson* and *A. M. Post, contra.*

AMES, C.

The circumstances that gave rise to this litigation
are recited at length in *Munk v. Frink, ante,* p. 172,
and need not be repeated here.    Dr. Walker was
informed against, arrested and put upon his trial
for the alleged offense of practicing medicine after
the date of the revocation of his license therefor,
as related in the opinions above cited.    The acts
complained of were admitted, but the court excluded from
evidence the record of the proceedings of the state board
upon the ground that the complaint disclosed thereby was
insufficient to confer jurisdiction upon that body to make
the order of revocation, and directed a verdict of acquittal,
which was accordingly rendered.    The state prosecutes this
proceeding for the purpose of obtaining the opinion of this
court whether the ruling of the trial judge was erroneous.
We have in the case cited given our reasons for thinking
it was so, and recommend that it be so adjudged.

LETTON and OLDHAM, CC., concur.

By the Court: For the reasons stated in the foregoing
opinion, it is adjudged that the instruction given by the
trial judge directing a verdict of not guilty in this action
was

ERRONEOUS.